UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

BAYVIEW LOAN SERVICING LLC,

                  Plaintiff,

v.

REZA FARZAN; and MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., as nominee for
AMERICAN MORTGAGE NETWORK,
INC.,

                  Defendants.
_____

Civil Action No. 17-1796 (FLW) (DEA)

**ORDER**

**THIS MATTER** having been opened to the Court by Michael E. Blaine, Esq., counsel for Plaintiff Bayview Loan Servicing LLC ("Plaintiff"), on a Motion to Remand this matter to state court, as well as on a Motion for Attorney's Fees and Costs; it appearing that *pro se* defendant Reza Farzan ("Defendant") opposes Plaintiff's Motions; the Court having reviewed the parties' submissions in connection with the pending Motions, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 3rd day of November, 2017,

**ORDERED** that Plaintiff's Motion to Remand is **GRANTED**, and this case is **REMANDED** to the Superior Court of New Jersey, Chancery Division, Monmouth County; and it is further

**ORDERED** that Plaintiff's Motion for Attorney's Fees and Costs is **DENIED**.

                                                    /s/ Freda L. Wolfson
                                                    The Honorable Freda L. Wolfson
                                                    United States District Judge