## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## Clerk's Office – Trenton, NJ

BAYVIEW LOAN SERVICING LLC

                  Plaintiff,

v.                               Case No.: 3:17–cv–01796–FLW–DEA
                                    Judge Freda L. Wolfson

REZA FARZAN, et al.

                  Defendant.


Clerk, Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, NJ 07728–1266

State No: MON–F13470–16

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.


                                          Very truly yours,

                                          William T. Walsh, Clerk
                                          By Deputy Clerk, mmh


encl.
cc: All Counsel